23 So.3d 735 (2009)
Troy C. TAYLOR, Appellant,
v.
STATE of Florida, Appellee.
No. 1D09-2189.
District Court of Appeal of Florida, First District.
September 15, 2009.
Rehearing Denied December 23, 2009.
Troy C. Taylor, pro se, Appellant.
Bill McCollum, Attorney General, and Anne C. Conley, Assistant Attorney General, Office of the Attorney General, Tallahassee, for Appellee.
PER CURIAM.
AFFIRMED. See Gethers v. State, 838 So.2d 504 (Fla.2003).
KAHN, BENTON, and CLARK, JJ., concur.